AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| United States of America | )
| v. | )
| HENRY PAUL FIENCO QUIJIJE | )
| JUAN CARLOS ZAMBRANO LOPEZ | )
| CESAR DANIEL PEREZ VERA DARWIN | )
| JOSE MARTINEZ ANCHUNDIA JOSE | )
| LUIS ALONZO ANCHUNDIA HERNAN | )
| MOISES ALVAREZ MERO JESUS | )
| YOIZAIR AHUMADA ARMENTA JESUS | )
| JAEN AHUMADA QUINTERO; and | )
| JEAN CARLO AHUMADA ARMENTA | )

Case No.  8:24-mj-2733-NHA

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 27, 2024_____ in the county of _____Hillsborough_____ in the
_____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506 (a) and (b) | While aboard a vessel subject to the jurisdiction of the United States, did knowingly and willfully, combine, conspire, and agree with each other and with other persons to distribute, and possess with the intent to distribute, five kilograms or more of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joel J. Correa, FBI Special Agent
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  _____11/08/2024_____

_____
*Judge's signature*

City and state:  _____Tampa, Florida_____

NATALIE HIRT ADAMS, U.S. MAGISTRATE JUDGE
*Printed name and title*

## **INTRODUCTION**

1.      I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since 2021.  I have participated in and received training with respect to the investigations of organizations and individuals involved in illegal drug trafficking activities, including those involved in the maritime smuggling of shipments of cocaine in the Eastern Pacific Ocean and elsewhere.

2.      Based on my training and experience as a Special Agent with the FBI, I have conducted investigations concerning violations of Title 21, United States Code, Sections 959 and 960, which prohibit the production, transportation, importation, distribution and possession of illegal drugs, including cocaine, and violations of Title 46 Appendix, United States Code, Section 70503 (the Maritime Drug Law Enforcement Act), which prohibits drug trafficking on the high seas, including the possession with intent to distribute cocaine on vessels subject to the jurisdiction of the United States.  Through these investigations, I have become familiar with the means and methods narcotics traffickers use to transport, import and distribute illicit drugs, as well as the support and assistance that narcotics organizations require to conduct their illegal activities.

3.      I have been assigned as a Special Agent to the Operation Panama Express Strike Force since June 2023.   Operation Panama Express is a federally approved Organized Crime Drug Enforcement Task Force ("OCDETF") investigation being conducted by the DEA, Homeland Security Investigations ("HSI"), the Federal Bureau of Investigation ("FBI") and the United States Coast Guard ("USCG"). Investigations initiated by Operation Panama Express are prosecuted in the Middle

District of Florida (Tampa Division).  Special Agents assigned to Operation Panama Express currently investigate drug smuggling organizations that are responsible for the transportation of contraband through international waters of the Caribbean Sea and Eastern Pacific Ocean (via vessel) to transshipment locations for later introduction and distribution to the United States.

4.     This affidavit is submitted in support of a criminal complaint charging: **Henry Paul Fienco Quijije** (an Ecuadorian national), **Juan Carlos Zambrano Lopez** (an Ecuadorian national), **Cesar Daniel Perez Vera** (an Ecuadorian national), **Darwin Jose Martinez Anchundia** (an Ecuadorian national), **Jose Luis Alonzo Anchundia** (an Ecuadorian national), **Hernan Moises Alvarez Mero** (an Ecuadorian national), **Jesus Yoizair Ahumada Armenta** (a Mexican national), **Jesus Jaen Ahumada Quintero** (a Mexican national), and **Jean Carlo Ahumada Armenta** (a Mexican national) with: Conspiracy to possess with the intent to distribute five kilograms or more of cocaine, a Schedule II controlled substance, while on board a vessel subject to the jurisdiction of the United States, with the Middle District of Florida (Tampa Division) being the place at which the above individuals will first enter the United States, in violation of 46 U.S.C. §§ 70503(a)(1), 70506(a), and 70506(b).

5.     The information contained in this affidavit is based in part or obtained from a review of investigative reports completed by law enforcement, conversations with law enforcement officers, and from my personal observations, my training and experience, and my involvement in the investigation to date.  The affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient

to establish probably cause to believe that the above offenses has been committed and **Fienco Quijije, Zambrano Lopez, Perez Vera, Martinez Anchundia, Alonzo Anchundia, Alvarez Mero, Ahumada Armenta, Ahumada Quintero,** and **Ahumada Armenta** committed said offense.   Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related only in substance and in part, and are not intended to be verbatim recitations.  When a date is listed, I mean that the event occurred "on or about" that date.  When a time period is listed, I mean that the event occurred "in or around" that time period.

## PROBABLE CAUSE

### Background of the Investigation

6.     The United States Coast Guard ("USCG") has the authority under 14 U.S.C. § 522 to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and waters over which the United States has jurisdiction, to enforce federal laws.

7.     On or about October 27, 2024, while on routine patrol in the Eastern Pacific Ocean, the United States Coast Guard Cutter ("USCGC") HAMILTON[1]'s embarked helicopter observed a Go-Fast Vessel ("GFV") with three outboard engines, multiple packages on deck, and packages and other objects being jettisoned approximately 600 nautical miles west of Mexico, in international waters. HAMILTON launched a small unmanned aircraft system ("SUAS") and the Over-the-Horizon small boat ("OTH") with a law enforcement boarding team ("LEDET").

---

[1] United States Coast Guard Cutter ("USCGC") HAMILTON (WMSL-753) is a *Legend*-class cutter based in North Charleston, South Carolina.

The helicopter was authorized the use of force up to and including warning shots or disabling fire.  The helicopter fired warning shots which successfully halted the GFV.

8.     When OTH arrived on scene, the LEDET observed nine crewmembers onboard the GFV.  The GFV displayed no physical flag, no registration numbers or documents, and no name or homeport on the hull.  The LEDET identified the nine crewmembers on board the GFV as:  **Henry Paul Fienco Quijije** (an Ecuadorian national), **Juan Carlos Zambrano Lopez** (an Ecuadorian national), **Cesar Daniel Perez Vera** (an Ecuadorian national), **Darwin Jose Martinez Anchundia** (an Ecuadorian national), **Jose Luis Alonzo Anchundia** (an Ecuadorian national), **Hernan Moises Alvarez Mero** (an Ecuadorian national), **Jesus Yoizair Ahumada Armenta** (a Mexican National), **Jesus Jaen Ahumada Quintero** (a Mexican National), **and Jean Carlo Ahumada Armenta** (a Mexican National).  **Fienco Quijije** claimed to be the vessel master and claimed Mexican nationality for the GFV.  Mexico confirmed nationality of the GFV and approved the authority of the LEDET to conduct a law enforcement boarding.  Later, Mexico revised their assessment and stated that they could not confirm or deny the nationality of the GFV.  Thus, the GFV was permitted to be treated as one without nationality and became subject to the laws of the United States under the Maritime Drug Law Enforcement Act.

9.     Following proper boarding procedures, the LEDET detained the nine crewmembers and recovered a total of 76 packages from the jettison field and from onboard the GFV.  The packages had an approximate total at sea weight of 4,230 kilograms.  HAMILTON conducted two narcotics identification kit tests on the

packages, which both yielded positive results for presumptive cocaine.  The GFV was sunk due to it being a navigational hazard and no suitable tow points or navigational lights.

## **CONCLUSION**

10.     Based on the foregoing, and my training, experience, and knowledge of the investigation, I submit there is probable cause to believe that **Fienco Quijije, Zambrano Lopez, Perez Vera, Martinez Anchundia, Alonzo Anchundia, Alvarez Mero, Jesus Yoizair Ahumada Armenta, Ahumada Quintero,** and **Jean Carlo Ahumada Armenta** knowingly and willfully conspired to distribute more than five kilograms of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, §§ 70503(a)(1), 70506(a) and 70506(b).

_____
Joel J. Correa
Special Agent
Federal Bureau of Investigation

Sworn to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 and 4(d)(3) via telephone on this 8th day of November 2024.

NATALIE HIRT ADAMS
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| HENRY PAUL FIENCO QUIJIJE | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

Case No.   8:24-mj-2733-NHA

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   HENRY PAUL FIENCO QUIJIJE                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

    While aboard a vessel subject to the jurisdiction of the United States, did knowingly and willfully, combine, conspire, and agree with each other and with other persons to distribute, and possess with the intent to distribute, five kilograms or more of a mixture and substance containing a detectable amount of cocaine.

    In violation of: 46 U.S.C. §§ 70503(a) and 70506 (a) and (b).

Date:  11/8/2024

*Issuing officer's signature*

City and state:      Tampa, Florida

United States Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   HENRY PAUL FIENCO QUIJIJE

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:   Ecuador

Date of birth:   07/16/1993

Social Security number:

Height:                                          Weight:

Sex:   Male                                      Race:

Hair:                                            Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
JUAN CARLOS ZAMBRANO LOPEZ

)
)
)
)
)
)

Case No. 8:24-mj-2733-NHA

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JUAN CARLOS ZAMBRANO LOPEZ                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

   While aboard a vessel subject to the jurisdiction of the United States, did knowingly and willfully, combine, conspire, and
agree with each other and with other persons to distribute, and possess with the intent to distribute, five kilograms or more
of a mixture and substance containing a detectable amount of cocaine.

   In violation of: 46 U.S.C. §§ 70503(a) and 70506 (a) and (b).

Date:  11/8/2024

*Issuing officer's signature*

City and state:    Tampa, Florida

United States Magistrate Judge

*Printed name and title*

| Return | | |
|---|---|---|
| | | |

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:     JUAN CARLOS ZAMBRANO LOPEZ

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:     Ecuador

Date of birth:     12/17/1986

Social Security number:     Cedula No.: 029135190

Height:                                                    Weight:

Sex:     Male                                          Race:

Hair:                                                      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CESAR DANIEL PEREZ VERA | ) | Case No. 8:24-mj-2733-NHA |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CESAR DANIEL PEREZ VERA                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

While aboard a vessel subject to the jurisdiction of the United States, did knowingly and willfully, combine, conspire, and agree with each other and with other persons to distribute, and possess with the intent to distribute, five kilograms or more of a mixture and substance containing a detectable amount of cocaine.

In violation of: 46 U.S.C. §§ 70503(a) and 70506 (a) and (b).

Date: 11/8/2024                               *Natalie Hut Adams*
                                              *Issuing officer's signature*

City and state:    Tampa, Florida            United States Magistrate Judge
                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____               _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   CESAR DANIEL PEREZ VERA

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:   Ecuador

Date of birth:   07/22/1987

Social Security number:   Passport No.: 029135190

Height:                                                  Weight:

Sex:   Male                                          Race:

Hair:                                                       Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DARWIN JOSE MARTINEZ ANCHUNDIA | ) | Case No.  8:24-mj-2733-NHA |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DARWIN JOSE MARTINEZ ANCHUNDIA                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☑ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

    While aboard a vessel subject to the jurisdiction of the United States, did knowingly and willfully, combine, conspire, and agree with each other and with other persons to distribute, and possess with the intent to distribute, five kilograms or more of a mixture and substance containing a detectable amount of cocaine.

    In violation of: 46 U.S.C. §§ 70503(a) and 70506 (a) and (b).


Date:  11/8/2024

*Issuing officer's signature*

City and state:      Tampa, Florida

United States Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |

*Arresting officer's signature*

*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    DARWIN JOSE MARTINEZ ANCHUNDIA

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:    Ecuador

Date of birth:    02/08/1996

Social Security number:    Passport No.:  B0357971

Height:                                                     Weight:

Sex:    Male                                             Race:

Hair:                                                         Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JOSE LUIS ALONZO ANCHUNDIA | )<br>)<br>)<br>)<br>)<br>) |

Case No. 8:24-mj-2733-NHA

_Defendant_

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    JOSE LUIS ALONZO ANCHUNDIA ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

While aboard a vessel subject to the jurisdiction of the United States, did knowingly and willfully, combine, conspire, and agree with each other and with other persons to distribute, and possess with the intent to distribute, five kilograms or more of a mixture and substance containing a detectable amount of cocaine.

In violation of: 46 U.S.C. §§ 70503(a) and 70506 (a) and (b).

Date:  11/8/2024

_Issuing officer's signature_

City and state:     Tampa, Florida

United States Magistrate Judge

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____ . |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    JOSE LUIS ALONZO ANCHUNDIA

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:    Ecuador

Date of birth:    04/01/1997

Social Security number:    Passport No.: B0359958

Height:                                                    Weight:

Sex:    Male                                            Race:

Hair:                                                       Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>HERNAN MOISES ALVAREZ MERO<br><br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)   Case No.  8:24-mj-2733-NHA<br> |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    HERNAN MOISES ALVAREZ MERO ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment         ❒ Superseding Indictment      ❒ Information      ❒ Superseding Information      ☑ Complaint
❒ Probation Violation Petition        ❒ Supervised Release Violation Petition       ❒ Violation Notice      ❒ Order of the Court

This offense is briefly described as follows:

While aboard a vessel subject to the jurisdiction of the United States, did knowingly and willfully, combine, conspire, and agree with each other and with other persons to distribute, and possess with the intent to distribute, five kilograms or more of a mixture and substance containing a detectable amount of cocaine.

In violation of: 46 U.S.C. §§ 70503(a) and 70506 (a) and (b).


Date:  11/8/2024                                                        *Natalie Hirt Adams*
                                                                              *Issuing officer's signature*

City and state:    Tampa, Florida                      United States Magistrate Judge
                                                                             *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                                        _____<br>                                                                    *Arresting officer's signature*<br><br>                                                                    _____<br>                                                                    *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:     HERNAN MOISES ALVAREZ MERO

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:     Ecuador

Date of birth:     01/04/1999

Social Security number:     Cedula No.: 131701971-7

Height:                       Weight:

Sex:     Male            Race:

Hair:                        Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>JEAN CARLO AHUMADA ARMENTA | ) ) ) ) ) ) | Case No.  8:24-mj-2733-NHA |
| _____<br>*Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JEAN CARLO AHUMADA ARMENTA                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☑ Complaint
❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

   While aboard a vessel subject to the jurisdiction of the United States, did knowingly and willfully, combine, conspire, and agree with each other and with other persons to distribute, and possess with the intent to distribute, five kilograms or more of a mixture and substance containing a detectable amount of cocaine.

   In violation of: 46 U.S.C. §§ 70503(a) and 70506 (a) and (b).

Date:  11/8/2024                                    *Natalie Hirt Adams*
                                                          *Issuing officer's signature*

City and state:    Tampa, Florida                United States Magistrate Judge
                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                                    _____<br>                                                          *Arresting officer's signature*<br><br>                                                          _____<br>                                                          *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   JEAN CARLO AHUMADA ARMENTA

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:   Ecuador

Date of birth:   04/19/1991

Social Security number:

Height:                                                    Weight:

Sex:   Male                                              Race:

Hair:                                                       Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JESUS JAEN AHUMADA QUINTERO<br><br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)   Case No.   8:24-mj-2733-NHA |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JESUS JAEN AHUMADA QUINTERO                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☑ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

   While aboard a vessel subject to the jurisdiction of the United States, did knowingly and willfully, combine, conspire, and agree with each other and with other persons to distribute, and possess with the intent to distribute, five kilograms or more of a mixture and substance containing a detectable amount of cocaine.

   In violation of: 46 U.S.C. §§ 70503(a) and 70506 (a) and (b).


Date:  11/8/2024                                           *Natalie Hunt Adams*
                                                              *Issuing officer's signature*

City and state:    Tampa, Florida                          United States Magistrate Judge
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                                    _____<br>                                                              *Arresting officer's signature*<br><br>                                                              _____<br>                                                              *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   JESUS JAEN AHUMADA QUINTERO

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:   Mexico

Date of birth:   01/02/2001

Social Security number:

Height:                                                   Weight:

Sex:   Male                                      Race:

Hair:                                                   Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   8:24-mj-2733-NHA |
| JESUS YOIZAIR AHUMADA ARMENTA | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JESUS YOIZAIR AHUMADA ARMENTA                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

While aboard a vessel subject to the jurisdiction of the United States, did knowingly and willfully, combine, conspire, and agree with each other and with other persons to distribute, and possess with the intent to distribute, five kilograms or more of a mixture and substance containing a detectable amount of cocaine.

In violation of: 46 U.S.C. §§ 70503(a) and 70506 (a) and (b).

Date:  11/8/2024

*Issuing officer's signature*

City and state:    Tampa, Florida

United States Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | | |
| Date: _____ | *Arresting officer's signature* | |
| | *Printed name and title* | |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   JESUS YOIZAIR AHUMADA ARMENTA

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:   Mexico

Date of birth:   02/15/1993

Social Security number:

Height:                                          Weight:

Sex:   Male                                    Race:

Hair:                                              Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: